**ORDERED SEALED BY COURT**

Unsealed on 8/4/08
ONS

'08 APR 28 P 2:48

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEY ALEXANDROVICH<br>        PAVLOVICH (1),<br>  aka Panther,<br>  aka Diplomaticos,<br>  aka PoL1Ce Dog,<br>  aka Fallen Angel,<br>  aka Panther757,<br>DZMITRY VALERYEVICH BURAK (2),<br>  aka Leon,<br>  aka Graph,<br>  aka Wolf,<br>SERGEY VALERYEVICH STORCHAK (3)<br>  aka Fidel,<br><br>        Defendants. | Criminal Case No. **'08 MJ 1330**<br><br>ORDER SEALING CRIMINAL COMPLAINT |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the criminal complaint and supporting documents, the affidavit of Special Agent Ryan Knisley in support of the captioned matter and this order be sealed until further order of this court.

/ / /

ORIGINAL

1 | IT IS SO ORDERED.
2 | DATED.  4-28-08

*[signature]*
HONORABLE NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

Presented by:
CAROL C. LAM
United States Attorney

*[signature]*

Orlando B. Gutierrez
Assistant U.S. Attorney