**ORIGINAL**

1 | KAREN P. HEWITT
United States Attorney
2 | ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
3 | California State Bar No. 183745
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-2968

6 | Attorneys for Plaintiff
United States of America

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | United States of America           )   Case No. 08-mj-1330
                                       )
11 |        Plaintiff,                  )
                                       )
12 |    v.                              )   APPLICATION AND PROPOSED
SERGEY ALEXANDROVICH                   )   ORDER TEMPORARILY UNSEALING
13 |        PAVLOVICH (1),              )   ARREST WARRANTS AND
     aka Panther,                      )   COMPLAINT FOR THE PURPOSE OF
14 | aka Diplomaticos,                  )   FACILITATING INTERNATIONAL
     aka PoL1Ce Dog,                   )   ARREST WARRANTS AND EXTRADITION
15 | aka Fallen Angel,                  )
     aka Panther757,                   )   [UNDER SEAL]
16 | DZMITRY VALERYEVICH BURAK (2),     )
     aka Leon,                         )   Unsealed on 8/4/08
17 | aka Graph,                         )   OBG
     aka Wolf,                         )
18 | SERGEY VALERYEVICH STORCHAK (3)   )
     aka Fidel,                       )
19 |                                   )
            Defendants.                )
20 | _____)

21

22 |    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through

23 | its counsel, Karen P. Hewitt, United States Attorney, and Orlando B.

24 | Gutierrez, Assistant United States Attorney, and hereby files its

25 | Application and Proposed Order Temporarily Unsealing Arrest Warrants

26 | and Complaint for the Purpose of Facilitating International Arrest

27 | Warrants and Extradition.

28

I.

**POINTS AND AUTHORITIES**

The government is working in conjunction with various foreign governments to apprehend the above captioned defendants who are currently located outside of the United States. In order to prepare the necessary documents under the relevant extradition treaties, the government must submit certified copies of arrest warrants and charging documents to the foreign governments who are seeking to assist the United States.

II.

**CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court temporarily unseal the instant arrest warrants and the instant compliant so that certified copies can be provided to foreign governments in an effort to apprehend the above captioned defendants.

DATED: May 16, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ORLANDO B. Gutierrez
Assistant U.S. Attorney

2