ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  ORLANDO B. GUTIERREZ
   Assistant U.S. Attorney
3  California State Bar No. 183745
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-2968

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 United States of America      )  Case No. 08-mj-1330
                                 )
11         Plaintiff,             )
                                 )
12      v.                        )
   SERGEY ALEXANDROVICH          )  ORDER TEMPORARILY UNSEALING
13         PAVLOVICH (1),         )  ARREST WARRANTS AND
       aka Panther,              )  COMPLAINT FOR THE PURPOSE OF
14     aka Diplomaticos,         )  FACILITATING INTERNATIONAL
       aka PoL1Ce Dog,           )  ARREST WARRANTS AND EXTRADITION
15     aka Fallen Angel,         )
       aka Panther757,           )  [UNDER SEAL]
16 DZMITRY VALERYEVICH BURAK (2),)
       aka Leon,                 )  Unsealed on 5/4/08
17     aka Graph,                )  OMB
       aka Wolf,                 )
18 SERGEY VALERYEVICH STORCHAK (3))
       aka Fidel,                )
19                                )
           Defendants.            )
20 _____)

21

22      Upon motion of the United States of America and good cause
23 appearing,

24      **IT IS HEREBY ORDERED** that the underlying arrest warrants and
25 complaint be temporarily unsealed, and that the Government may obtain
26 unsealed, certified copies of the arrest warrants and the complaint,
27 so that said copies can be provided to foreign governments for the
28 purpose of facilitating provisional arrest warrants and extradition.

**IT IS FURTHER ORDERED** that after copies of the arrest warrants and the complaint are made, the arrest warrants, the complaint, the application and this order will be sealed until further order of this Court.

**IT IS SO ORDERED.**

DATED: 5/16/08

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

Orlando B. Gutierrez
Assistant U.S. Attorney