

KAREN P. HEWITT
United States Attorney
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
California State Bar No. 183745
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2968/(619) 557-3445 (Fax)
Email: Orlando.Gutierrez@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08MJ1330 |
| Plaintiff, | |
| v. | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE ORDER SEALING COMPLAINT |
| SERGEY ALEXANDROVICH PAVLOVICH (1), | |
|     aka Panther, | |
|     aka Diplomaticos, | |
|     aka PoL1Ce Dog, | |
|     aka Fallen Angel, | |
|     aka Panther757, | |
| DZMITRY VALERYEVICH BURAK (2), | |
|     aka Leon, | |
|     aka Graph, | |
|     aka Wolf, | |
| SERGEY VALERYEVICH STORCHAK (3), | |
|     aka Fidel, | |
| Defendants. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

Karen P. Hewitt, United States Attorney, and Orlando B. Gutierrez, Assistant United States Attorney,

and hereby requests that the previous order by the Court sealing the complaint and supporting affidavit

//

//

//

//

1  for the above-captioned case be modified.  Specifically, the Government would like to request that the

2  above-captioned complaint and supporting affidavit be unsealed for all purposes.

3          DATED: August 4, 2008.

4                                          Respectfully submitted,

5                                          KAREN P. HEWITT
                                           United States Attorney
6

7

8                                          ORLANDO B. GUTIERREZ
                                           Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28