UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | Criminal Case No. 08MJ1330 |
|                        Plaintiff,                ) | |
|      v.                ) | ORDER |
| SERGEY ALEXANDROVICH                ) | |
|      PAVLOVICH (1),                ) | |
|      aka Panther,                ) | |
|      aka Diplomaticos,                ) | |
|      aka PoL1Ce Dog,                ) | |
|      aka Fallen Angel,                ) | |
|      aka Panther757,                ) | |
| DZMITRY VALERYEVICH BURAK (2),                ) | |
|      aka Leon,                ) | |
|      aka Graph,                ) | |
|      aka Wolf,                ) | |
| SERGEY VALERYEVICH STORCHAK (3), ) | |
|      aka Fidel,                ) | |
|                       Defendants.                ) | |

This matter comes before the court upon the *ex parte* application of the United States for an order to unseal the above-captioned charging complaint and supporting affidavit.

After considering both the application and the file in this case, the court finds good cause for the requested order, and

IT IS HEREBY ORDERED that the above-captioned charging document and supplemental materials be unsealed for all purposes.

IT IS SO ORDERED.

DATED: August 4, 2008

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge

08mj1330